

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-14-00006-CR

Bernardo Torres, Jr., Appellant

v.

The State of Texas, Appellee

Appealed from the 232nd District Court of Harris County. (Tr. Ct. No. 1377519). Opinion delivered by Justice Jamison. Justices Busby and Brown also participating.

**TO THE 232ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on May 12, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, August 21, 2015.

CHRISTOPHER A. PRINE, CLERK